# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 05-1014-CAS |
| Plaintiff, | ) ) | [~~PROPOS~~ED] ORDER TO MODIFY SURRENDER DATE |
| MING QIANG CHEN, | ) ) ) | |
| Defendant. | ) ) | |

HAVING HEREBY DETERMINED GOOD CAUSE, THE SURRENDER DATE CURRENTLY SCHEDULED FOR JUNE 16, 2008 ON OR BEFORE 12:00 P.M. IS VACATED AND THE NEW SURRENDER DATE SHALL BE _August 15, 2008_ ON OR BEFORE 12:00 P.M. 2008.

SO ORDERED.

_____
CRISTINA A. SNYDER, JUDGE